**UNITED STATES, Plaintiff-Appellee, v. Samuel J. KEARING, Defendant-Appellant.**

No. 156.

Circuit Court of Appeals, Second Circuit.

Oct. 6, 1931.

James J. Crowley, of Syracuse, N. Y., for appellant.

Oliver D. Burden, U. S. Atty., and Roger O. Baldwin, Asst. U. S. Atty., both of Syracuse, N. Y.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**UNITED STATES of America, Plaintiff-Appellee, v. Joseph PERRONE, Defendant-Appellant.**

No. 109.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1931.

Joseph H. Wackerman, of Brooklyn, N. Y. (John M. MacGregor, of Brooklyn, N. Y., of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Murray Kreindler, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.

**UNITED STATES of America, Appellant, v. SHAMIRAN ALOOJIAN et al., Appellees.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 9, 1931.

Samuel W. McNabb, U. S. Atty., and Clyde Thomas, Asst. U. S. Atty., both of Los Angeles, Cal.

Percy C. Church, of Fresno, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. A. H. THORNBURG, Adm'r, etc.**

No. 9299.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1931.

Claude E. Curtis, Asst. U. S. Atty., of Kansas City, Mo.

Frank R. Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee, under rule 16.

**UNITED STATES of America, Appellant, v. Helen M. WILHELM, Adm'x, etc.**

No. 9290.

Circuit Court of Appeals, Eighth Circuit.

Aug. 17, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

George B. Reinhardt, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee, under rule 16.